**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
(Electronically Filed)

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 1:21-CR-589 (TFH)** |
| vs. : | |
| : | |
| **JOSEPH IRWIN and** : | |
| **JOHN RICHTER, Defendants.** : | |

## DEFENDANTS' JOINT STATEMENT OF CASE

On March 3, 2023, the United States filed an Indictment against Joseph Irwin (hereinafter "Mr. Irwin") and John Richter (hereinafter "Mr. Richter") for Obstruction of an Official Proceeding and Aiding and Abetting; Entering or Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon; Entering and Remaining on the Floor of Congress; Disorderly Conduct in a Capitol Building; and Parading, Demonstrating or Picketing in a Capitol Building occurring on January 6, 2021. Mr. Irwin and Mr. Richter have pleaded not guilty to the crimes charged in the Indictment. The Indictment is not evidence at all of guilt. It does not even raise any suspicion of guilt. It is just the formal way that the government tells Mr. Irwin and Mr. Richter what crimes they are accused of committing. Mr. Irwin and Mr. Richter start the trial with a clean slate, with no evidence at all against them, and the law presumes that they are innocent. This presumption of innocence stays with them unless the government presents evidence here in Court that overcomes the presumption and convinces you beyond a reasonable doubt that they are guilty.

        s/ Chastity R. Beyl
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant Joseph Irwin

s/ Aaron Dyke
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant Joseph Irwin

s/ Matthew Campbell
Office of the Federal Public Defender
1336 Beltjen Rd., Suite 202
St. Thomas, USVI 00802
Tel: (340) 774-4449
Email: Matt_Campbell@fd.org

Counsel for Defendant John Joseph Richter

# CERTIFICATE

I certify that on the 11th day of December, 2023, a copy of the foregoing motion was served on the United States by electronically filing, to Ashley Akers and Samantha Miller, Assistant United States Attorneys.