UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 21-cr-589-RDM |
| | : | |
| **JOHN JOSEPH RICHTER,** | : | |
| | : | |
| **Defendants.** | : | |

### Motion for Leave to File Sentencing Attachment Under Seal

As set forth herein, John Richter hereby moves for leave to file an attachment to his Sentencing Memorandum under seal:

1. On December 20, 2024, the Court filed a Minute Entry directing that any supplemental briefing be filed by Mr. Richter no later than January 8, 2025.

2. At the hearing immediately preceding that Minute Entry, the Court had authorized Mr. Richter to file supplemental mental health information.

3. Mr. Richter will be filing his supplemental briefing today, January 8, 2025.

4. Attachment D to that supplemental briefing consists of Mr. Richter's mental and physical health records from the Veterans Administration.

5. Those records contain sensitive mental and physical health information.

6. Those records further contain too many personal identifiers to effectively redact.

7. Similar information has previously been filed under seal in this case. (*See, e.g.,* ECF Nos. 108, 120 and minute orders granting same).

8. The records constituting Attachment D have previously been provided to the government.

9. Those records have also previously been provided to the United States Probation Office for the purpose of preparing Mr. Richter's Presentence Investigation Report.

For these reasons, John Richter respectfully requests that the Court authorize him to file Attachment D to his supplemental briefing under seal.

DATED: January 8, 2025.                   Respectfully submitted,

>                   MATTHEW CAMPBELL
>                   Federal Public Defender
>                   *s/ Matthew Campbell*
>                   Office of the Federal Public Defender
>                   1336 Beltjen Rd., Suite 202
>                   St. Thomas, USVI 00802
>                   Tel: (340) 774-4449
>                   Email: Matt_Campbell@fd.org
>                   Counsel for Defendant John Joseph Richter